[No. 6741–6–III.  Division Three.  May 16, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL JAMES VARELA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–8–00851–5, Robert B. Royal, J. Pro

Tem., entered February 14, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.